■ JAFFE TRADING CORPORATION, Appellant, v. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al., Respondents.— Order entered on January 15, 1962

unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, Stevens and Eager, JJ.